# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERYL ULVOG, | Case No. 8:08CV303 |
| Plaintiff, | |
| v. | **ORDER** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, and TENET HEALTHCARE CORPORATION, | |
| Defendants. | |

This matter is before the Court on the parties' joint motion to dismiss this action with prejudice, each party to bear their own costs and attorney fees. Upon being informed in the premises, the Court finds that the joint motion should be sustained and the case dismissed.

Accordingly, it is ordered that this matter should be and hereby is dismissed with prejudice, each party to bear their own costs and attorney fees.

Dated this 9th day of June, 2009.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief United States District Judge

DOCS/918099.1